### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| FREY MECHANICAL GROUP, INC., | : | |
| Debtor. | : | Case No. 10-10349-mdc |
| | | |
| CHRISTINE C. SHUBERT,<br>Chapter 7 Trustee for the Estate of<br>Frey Mechanical Group, Inc. | : | |
| Plaintiff, | : | |
| v. | : | |
| FIA Card Services, | : | |
| Defendant. | : | Adversary No. 10-00160-mdc |

## ORDER

**AND NOW,** this 30th day of June, 2010, upon consideration of Plaintiff, Christine C. Shubert, Chapter 7 Trustee's Motion for Entry of Default Judgment ("Motion") against Defendant, FIA Card Services, pursuant to Fed. R. Civ. P. 55(a) for failure to plead or otherwise defend;

It is hereby **ORDERED** that the Motion is **GRANTED**, and default is entered against Defendant.

_____
MAGDELINE D. COLEMAN
United States Bankruptcy Judge